# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136586(53)
136588(53)

FRANK RICHARD JACOBSON,
      Plaintiff-Appellant,

v

                                SC: 136586
                                COA: 281587

NORFOLK DEVELOPMENT CORPORATION,
      Defendant-Appellee.

                                Washtenaw CC: 06-000289-CH

_____/

FRANK RICHARD JACOBSON,
      Plaintiff-Appellant,

v

                                SC: 136588
                                COA: 283361

NORFOLK DEVELOPMENT CORPORATION,
      Defendant-Appellee.

                                Washtenaw CC: 06-000289-CH

_____/

On order of the Court, the motion for reconsideration of this Court's January 30, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615